**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Janet M. Trimble,

        Plaintiff,                      Civil No. 08-2089 (RHK/JSM)

vs.                                    **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Wyeth, Inc., Wyeth Pharmaceuticals,
Inc., Pfizer, Inc., Pharmacia & Upjohn
Company, LLC,

        Defendants.

       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  June 16, 2008

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge